United States District Court
Southern District of Texas

**ENTERED**

February 15, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Patsy E. Carmon and Kimberlee Carmon, | § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § § | Case No. 4:22-cv-03534 |
| Carrington Mortgage Services, LLC, | § § § § | |
| *Defendant.* | § § | |

## ORDER DENYING MOTION FOR PERMISSION TO E-FILE

Plaintiffs Patsy E. Carmon and Kimberlee Carmon filed a motion requesting permission to e-file documents as *pro se* litigants and for access to the Court's electronic filing portal—CM/ECF.  Dkt. 28.  Plaintiffs explain that they have not been receiving electronically filed documents in this case.

It is not customary to allow *pro se* parties to e-file.  Nor have Plaintiffs shown why an exception is warranted in their case.  To address their concerns about lack of timely notice, however, Plaintiffs may send a written notice (either by standard mail or email) stating that they consent to service of filings by email and providing their email address.  *See* Fed. R. Civ. P. 5(b)(F) (authorizing service "by any other means that the person consented to in writing").  If Plaintiffs provide such a notice to the Court, the Court will email

Plaintiffs copies of all further orders or notices that are docketed. And if Plaintiffs provide the notice consenting to email service to counsel for Carrington Mortgage Services, then counsel must proceed to email its future filings to Plaintiffs.

Because consenting to email service provides an adequate remedy, Plaintiffs' motion for permission to e-file is **DENIED**.

Signed on February 15, 2024, in Houston, TX

_____
Yvonne Y. Ho
United States Magistrate Judge