United States District Court
Southern District of Texas
**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATSY E. CARMON, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:22-CV-03534 § CARRINGTON MORTGAGE SERVICES, § LLC, § § Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on April 25, 2024. Doc. #39. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiffs Patsy E. Carmon and Kimberlee Carmon's request for default judgment is hereby DENEID. Doc. #34 at 1.

It is so ORDERED.

_____MAY 1 3 2024_____           _____
Date                                                            The Honorable Alfred H. Bennett
                                                                      United States District Judge