United States District Court
Southern District of Texas
**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATSY E. CARMON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03534 |
| § | |
| CARRINGTON MORTGAGE SERVICES, § | |
| LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on April 22, 2025. Doc. #63. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant Carrington Mortgage Services, LLC's Motion for Summary Judgment (Doc. #57) is hereby GRANTED in accordance with the Memorandum and Recommendation (Doc. #63). The Court will enter a separate final judgment.

It is so ORDERED.

MAY 0 7 2025
Date

The Honorable Alfred H. Bennett
United States District Judge