United States District Court
Southern District of Texas
**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATSY E. CARMON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03534 |
| | § | |
| CARRINGTON MORTGAGE SERVICES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On January 12, 2024, the Court entered an Order (Doc. #25) adopting Magistrate Judge Yvonne Y. Ho's December 5, 2023 Memorandum and Recommendation (Doc. #19) in its entirety, thereby granting Defendant Carrington Mortgage Services, LLC's ("Defendant") Motion for Judgment on the Pleadings (Doc. #15). On May 7, 2025, the Court adopted Judge Ho's April 22, 2025 Memorandum and Recommendation (Doc. #63) in its entirety, thereby granting Defendant's Motion for Summary Judgment (Doc. #57). Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Kimberlee Carmon's claims under RESPA and the Texas Property Code are DISMISSED WITHOUT PREJUDICE for lack of standing. Plaintiff Patsy Carmon's RESPA and Texas Property Code claims are DISMISSED WITH PREJUDICE. Finally, all other claims asserted by both Plaintiffs are DISMISSED WITH PREJUDICE.

This is a Final Judgment disposing of all claims of all parties.

It is so ORDERED.

_____
Date MAY 0 7 2025

_____
The Honorable Alfred H. Bennett
United States District Judge

2