United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATSY E. CARMON, *et al.*, | § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-03534 |
| CARRINGTON MORTGAGE SERVICES, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on October 22, 2025 (Doc. #75) and Plaintiffs Patsy and Kimberlee Carmon's (collectively, "Plaintiffs") Objections (Doc. #76). In her Memorandum and Recommendation, Magistrate Judge Ho addresses Plaintiffs' motion to alter or amend the judgment[1] (the "Motion") (Doc. #70). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court overrules Plaintiffs' objections and adopts the Memorandum and Recommendation (Doc. #75) as its Order. Accordingly, Plaintiffs' Motion (Doc. #70) is hereby DENIED.

It is so ORDERED.

JAN 1 4 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

---

[1] Plaintiffs styled their Motion as a motion for new trial. Because there was no trial in this case, the Motion is construed as a motion to alter or amend the judgment. Doc. #75 at 2.